# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:  23-cr-162 (1) (NEB/JFD) |
| | ) | Date:  January 31, 2024 |
| MONTRELL QUINTONN SHIEF, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  13W |
| Defendant. | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced: 2:05 p.m. |
| | ) | Time Concluded:  2:40 p.m. |
| | ) | Time in Court:  35 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

   For Plaintiff:   Justin Wesley, Assistant U.S. Attorney
   For Defendant:   Paul Applebaum, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1 | X | 46 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Count 2 is dismissed on motion by the Government.
☒ Defendant is remanded to the custody of the USM.

Date: January 31, 2024                                           s/Kristine Wegner
                                                                       Courtroom Deputy to Judge Nancy E. Brasel